# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: RACHAEL HOYT

APPEAL OF: RACHAEL HOYT

: No. 3 MAP 2026
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW,** this 7th day of July, 2026, upon consideration of the Application for Relief, the matter is REMANDED to the Court of Common Pleas of Mifflin County to enter an order consistent with the parties' settlement agreement. This appeal is DISCONTINUED.

     Jurisdiction is RELINQUISHED.